UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/31/2020__

LUIS ZARATE, individually and on behalf of all others
similarly situated,

Plaintiff,

-against-

NEW GREEN EMPORIUM CORP. d/b/a GREEN
EMPORIUM; HYOUN AH KIM; JUN KYU KIM; and HYON
CHON SONG, jointly and severally,

Defendants.

1:17-cv-00670-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. In a Standing Order dated March 13, 2020, the Chief Judge of this Court advised judges to conduct court proceedings by telephone where practicable and to exercise discretion whether to hold or adjourn hearings and conferences [M10-468, 20MISC00154]. Accordingly:

It is hereby ORDERED that the Initial Pretrial Conference scheduled to take place in this matter on **April 7, 2020** is adjourned sine die. It is further ORDERED that the parties shall file a proposed Case Management Plan in compliance with the Court's Individual Rules of Practice in Civil Cases no later than **May 7, 2020**. Both a model Case Management Plan and the Court's Individual Rules are available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

**SO ORDERED.**

Date: **March 31, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**