UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNIFER LORENZO,

                                Plaintiff,

        -against-

BRIDGES NY EAST, LLC, et al.,

                             Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2020

19-CV-07860 (PAE)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    The Court's May 5, 2020 Order directed the parties to file a joint letter regarding the status of discovery by June 15, 2020. ECF No. 23. The parties have not filed a status letter. No later than June 22, 2020, the parties shall file a status letter addressing any outstanding discovery disputes.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      June 19, 2020
                New York, New York