| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/29/2020 |
| LUIS ZARATE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      -against-<br><br>NEW GREEN EMPORIUM CORP. d/b/a GREEN EMPORIUM; HYOUN AH KIM; JUN KYU KIM; and HYON CHON SONG, jointly and severally,<br><br>      Defendants. | 1:17-cv-00670-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  The Court is in receipt of Plaintiff's letter and documents in support of the fairness of their FLSA settlement under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

  It is hereby ORDERED that the parties are to attend fairness hearing on August 11, 2020 at 10:00AM. The hearing will be held telephonically and may be accessed by dialing (888) 278-0296 at the scheduled time. When prompted, enter access code 5195844#. The Court will join once all parties are on the line.

**SO ORDERED.**

**Date: July 29, 2020**　　　　　　　　　　　　　　　　_____
**    New York, NY**　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**