UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ZARATE, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

NEW GREEN EMPORIUM CORP. d/b/a GREEN EMPORIUM; HYOUN AH KIM; JUN KYU KIM; and HYON CHON SONG, jointly and severally,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2020
```

1:17-cv-00670-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On June 30, 2020, the Plaintiff informed the Court that it had reached a consensual resolution of this case with all defendants except Jun Kyu Kim [ECF No. 60]. Subsequently, the parties submitted a letter and documentation supporting the fairness of the settlement [ECF No. 62].

The Court has reviewed these documents for fairness in accordance with the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and Second Circuit law, *see, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). In addition, the Court held a hearing on August 11, 2020. For the reasons stated at the hearing, the Court has concluded that the terms of the proposed settlement are fair and reasonable. It should be noted, however, that in approving the settlement, the Court is not opining specifically on the reasonableness of the rates charged by the attorney representing Plaintiff or the application of the lodestar multiplier in FLSA cases. The Settlement Agreement as a whole is approved as fair and reasonable in light of all the circumstances, including that it appears to be the product of an arms-length negotiation.

Accordingly, the settlement is approved, and the Court ORDERS that the case be dismissed with prejudice as to defendants New Green Emporium Corp., Hyon Chon Song, and

Hyon Ah Kim.  In accordance with the Proposed Settlement Agreement, the Court will retain jurisdiction to enforce the Agreement.  Plaintiffs shall move for default judgment against the sole remaining defendant, Jun Kyu Kim, on or before August 30, 2020.  Failure to so move may result in dismissal for failure to prosecute.

**SO ORDERED.**

**Date:  August 11, 2020**
**New York, NY**

*(signature: Mary Kay Vyskocil)*

**MARY KAY VYSKOCIL**
**United States District Judge**